**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LEDISIA UJKA,

                Plaintiff,

    -against-                                          24 **CIVIL** 4801 (KPF)

                                                                 **JUDGMENT**

ALEJANDRO MAYORKAS, Secretary, U.S.
Department of Homeland Security; THOMAS
CIOPPA, District Director; UR M. JADDOU,
Director of U.S. Citizenship and Immigration
Services; and MERRICK BRIAN GARLAND,
Attorney General,

                Defendants.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 20, 2025, Defendants' motion to dismiss is GRANTED. Plaintiff's APA and Declaratory Judgment Act claims are dismissed without prejudice to their renewal should Plaintiff's application remain pending for a period of time that becomes unreasonable; Plaintiff's mandamus claim is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      August 21, 2025

                                                               **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                          **BY:**    *K. Mango*

                                                                 **Deputy Clerk**